JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: elisse_larouche@fd.org

Counsel for Defendant Geyer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASON GEYER,<br>Defendant. | **Case No.:** CR 24–488 YGR<br><br>**APPLICATION AND [PROPOSED] ORDER FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285** |

Defendant Jason Geyer has been found to be indigent and to qualify for court-appointed counsel. Mr. Geyer resides in Arkansas. He is scheduled to appear in the Northern District of California on October 29, 2026, for his sentencing hearing. Mr. Geyer hereby applies, pursuant to 18 U.S.C. § 4285, for travel expenses to attend the scheduled court appearance.

Mr. Geyer applies for transportation from the Eastern District of Arkansas to the Northern District of California, in the form of:

(1) The U.S. Marshal arranging noncustodial transportation to appear before the required Court;

Or:

(2) The necessary fare for transportation to the required Court.

And:

(3) An amount for subsistence expense to the destination, not to exceed the amount authorized by 5 U.S.C. § 5702(a).

Dated: October 2, 2026

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S

ELISSE LAROUCHE
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON GEYER,

Defendant.

**Case No.:** CR 24–488 YGR

**[PROPOSED] ORDER FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285**

The court finds that defendant Jason Geyer has been released from custody and is financially unable to provide the necessary transportation to appear before the Court. Therefore,

IT IS ORDERED that the defendant appear before this Court in the Northern District of California, Oakland Venue, on October 29, 2026, at 3:00 p.m., for his sentencing hearing.

IT IS FURTHER ORDERED that the United States Marshal shall:

☐ Arrange for non-custodial one-way transportation to appear before the required court on October 29, 2026, at 3:00 p.m. *See* 18 U.S.C. § 4285.

AND/OR

☐ Furnish to the defendant one-way fare for transportation to appear before the required court. Note: Provision for round-trip fare is not authorized. *See* 18 U.S.C. § 4285.

IT IS ALSO ORDERED that the United States Marshal shall:

☐ Furnish to the defendant an adequate amount of money for subsistence expense DURING TRAVEL to his destination, not to exceed the authorized per diem allowance under 5 U.S.C. § 5701(a).

IT IS SO ORDERED.

Dated: ______________ ________________________________

THE HON. YVONNE GONZALEZ ROGERS
United States Chief District Judge