UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 29, 2026 **Time:** 41 Minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 24-cr-488-YGR **Case Name:** UNITED STATES v. Jason Geyer

**Attorney for Plaintiff: Zachary Glimcher**
**Attorney for Defendant: Elisse Larouche**
**Defendant: Jason Geyer** [ X ] Present [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody [ X ] Not in Custody
**Probation: Jasmine Vega**
**Advance Practice Registered Nurse: William Spears**

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** April Brott

## PROCEEDINGS

Sentencing - Held

Sentencing recommendations are argued and submitted. The defendant addressed the Court. The defendant performed well in therapy. The Court Grants the defendant's motion to seal in Dkt. No. 53.

The defendant is committed to the custody of the Bureau of Prisons for a term of 24 months as to Count One of the Indictment. Ten years supervised release with standard and special conditions as stated on the record and must comply with the requirements of the Sex Offender Registration and Notification Act. The defendant must participate in out-patient sex offender-specific treatment.

The defendant shall pay a $100.00 mandatory special assessment. The Court orders the fine waived. Restitution is reserved.

The defendant's interest in the following property shall be forfeited to the United States:
a. (1) Black and white Samsung Galaxy tablet, Model SM-T350, Serial Number: R52H212E8GA;
b. (1) Black Samsung Galaxy tablet with "Verizon" on back, Model SM-T377V, IMEI: 354762080812545;
c. (1) Gray Apple MacBook Pro with adapter, Model A2251, Serial Number C02D21MXML 7J;
d. (1) Gray Apple iPhone with black Speck case;
e. (1) Blue Apple iPhone with brown wallet-style case;
f. (1) Teal Apple iPhone with white material stuck to back;
g. (1) Black Alcatel cell phone; IMEi: 015552002459249;
h. (1) Black Apple iPhone with black Incipio case;

i. (1) Black Apple iPhone with black Incipio case;
j. (1) Gray LG G4 cell phone in pink Body Glove case;
k. (1) Black Western Digital Easystore external hard drive, Serial Number: VGHJRGRG;
l. (1) Black Western Digital My Passport Ultra external hard drive, Serial Number: WXF1A94HCHPP;
m. (1) Black Western Digital Easystore external hard drive, Serial Number: WXQ2E302LM2X;
n. (1) Black Western Digital Easystore external hard drive, Serial Number: WX72D80HZC7L;
o. (1) Black Western Digital Easystore external hard drive, Serial Number: WX52DA0JNJF5;
p. (1) Black Western Digital Easystore external hard drive, Serial Number: WX42D502PPZJ;
q. (1) Black Western Digital Easystore external hard drive, Serial Number: WX61D9981D86;
Re: Geyer, Jason (9605143) Page 11
r. (1) Black Western Digital Easystore external hard drive, Serial Number: WX52D502J5K0;
s. (2) Scandisk flash drives;
t. Various flash drives (8) (Line items 27A-H *one (1) flash drive, 27E, did not contain CSAM); and
u. Various micro-SD cards (16) (Line items 28A-P).

The Court recommends to the Bureau of Prisons that the defendant be designated to a facility as close as possible to the Eastern District of Texas, with the best employment training opportunities.

The defendant is ordered to self-surrender to the facility if designated, otherwise to the U. S. Marshal on January 29, 2027, at 12:00 p.m. The Court will set a restitution hearing date; defendant's appearance will be waived.